**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

AUG 2 0 2009

**09CV01974** *BnB* GREGORY C. LANGHAM
CLERK

Civil Action No. _____

**(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)**

REGINALD VANCE CALVERT,

Plaintiff,

v.

SIEMEN WATER TECHNO[LO]GIES CORPORATION,
MR. RODNEY CUMMINS,
MR. PATRICK CONDON, and
MS. EVELYN OLSON,

Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Civil Cover Sheet, a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint.  As part of the court's

review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted

documents are deficient as described in this order.  Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action.  Plaintiff will be

directed to cure the following if he wishes to pursue his claims.  Any papers that the

Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1)  ___   is not submitted
(2)  ___   is not on proper form (must use the court's current form)
(3)  ___   is missing original signature by Plaintiff
(4)  ___   is missing affidavit
(5)  ___   affidavit is incomplete
(6)  ___   affidavit is not notarized or is not properly notarized
(7)  ___   names in caption do not match names in caption of complaint, petition or application
(8)  ___   An original and a copy have not been received by the court. Only an original has been received.
(9)  ___   other _____

**Complaint or Petition:**

(10)  ___   is not submitted
(11)  ___   is not on proper form (must use the court's current form)
(12)  ___   is missing an original signature by the Plaintiff
(13)  _X_   is incomplete (page 2 is missing)
(14)  ___   uses et al. instead of listing all parties in caption
(15)  ___   An original and a copy have not been received by the court. Only an original has been received.
(16)  ___   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  _X_   names in caption do not match names in text (Section "Parties")
(18)  ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that the Plaintiff files

in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form: Title VII Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___18th___ day of ___August___, 2009.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.     **09CV01974**

Reginald Vance Calvert
2201 Ontario Dr.
Colorado Springs, CO 80910

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint** to the above-named individuals on___*8/20/09*___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk