IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01974-WYD-MEH

REGINALD VANCE CALVERT,

    Plaintiff,

v.

SIEMEN WATER TECHNOLOGIES CORP.,
MR. RODNEY CUMMINS,
MR. PATRICK CONDON, and
MS. EVELYN OLSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 11, 2009.**

    Plaintiff's Motion to Vacate Scheduling Order Conference [filed December 9, 2009; docket # 22] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A.