IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01974-WYD-MEH

REGINALD VANCE CALVERT,

    Plaintiff,

v.

SIEMEN WATER TECHNOLOGIES CORP.,
MR. RODNEY CUMMINS,
MR. PATRICK CONDON, and
MS. EVELYN OLSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 21, 2010.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed January 21, 2010; docket #34] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint found at docket #34-2. Defendant shall respond to the Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a).

    In addition, the hearing scheduled for January 22, 2010, at 9:45 a.m. is hereby **vacated**.