IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01974-WYD-MEH

REGINALD VANCE CALVERT,

    Plaintiff,

v.

SIEMEN WATER TECHNOLOGIES CORP.,
MR. RODNEY CUMMINS,
MR. PATRICK CONDON, and
MS. EVELYN OLSON,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 20, 2010.**

    Plaintiff's Unopposed Motion to Vacate Settlement Conference [filed April 19, 2010; docket #40] is **granted**. The settlement conference currently scheduled in this case for April 23, 2010, is **vacated**. On or before April 23, 2010, counsel for the parties shall conference together and call my Chambers at (303) 844-4507 to obtain an alternate date for the conference.